ACCEPTED
04-14-00740-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/30/2015 9:19:18 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00740-CV

**IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/30/2015 9:19:18 AM
KEITH E. HOTTLE
Clerk

**ART REYNA,**

Appellant

**V.**

**IRENE BALDRIDGE AND KATHY HILL,**

Appellees

Interlocutory Appeal from
Cause No. 2014-CI-03985
285th District Court, Bexar County, Texas
The Honorable Judge Cathleen M. Stryker Presiding

## APPELLEES' UNOPPOSED MOTION
## TO EXTEND TIME TO FILE BRIEF FOR INTERLOCUTORY APPEAL

Appellees, IRENE BALDRIDGE and KATHY HILL, respectfully
request the Court to grant a thirty (30) day extension to file their Brief, and
would show the Court as follows:

1.     The deadline for filing Appellees' Brief is February 2, 2015.

2.     The requested extension is 30 days, to March 4, 2015.

3. The requested extension is necessary and is not sought for purposes of delay.

4. This case involves novel issues involving the Texas anti-SLAPP statute, the First Amendment, and common law defamation. Appellant had approximately 70 days to prepare his 55 page Brief (two extensions).

5. There have been no previous extensions granted to Appellees regarding this Motion for Rehearing.

## Certificate of Conference

Appellees' counsel has conferred with Appellant's counsel, who does not oppose the relief sought in this Motion.

## Prayer for Relief

For the reasons set forth above, Appellees respectfully request that this Court grant a thirty (30) day extension, or until March 4, 2014 to file their Brief.

Respectfully submitted,

Edward P. Cano
Texas Bar No. 03756700
201 W. Poplar St.
San Antonio, Texas 78212
(210) 223-1099
(210) 212-5653 Facsimile
edcanoattorney@sbcglobal.net

RILEY AND RILEY
ATTORNEYS AT LAW

_____
DARBY RILEY
Texas Bar No. 16924400
320 Lexington Avenue
San Antonio, Texas 78215
(210) 225-7236
(210) 227-7907 Facsimile
darbyriley@rileylawfirm.com
ATTORNEYS FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Appellees' Motion to Extend Time to File Brief for Interlocutory Appeal has been sent on this _30th_ day of January, 2015 to the following counsel of record:

Mr. Ronald B. Prince          E-mail: ron@princecontreras.com
Mr. Floyd Steven Contreras    E-mail: Floyd@princecontreras.com
PRINCE CONTRERAS PLLC
417 San Pedro Avenue
San Antonio, Texas 78212

_____
DARBY RILEY